GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for PATTERSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:17-cr-00398-APG-EJY |
| vs. | STIPULATION TO CONTINUE SENTENCING DATE |
| CODY PATTERSON, | (FIRST REQUEST) |
| Defendant. | |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant CODY PATTERSON through his attorney, BRIAN J. SMITH, ESQ., and GABRIEL L. GRASSO, ESQ., and the United States of America, through JESSICA OLIVA, Assistant United States Attorney, that the sentencing hearing currently scheduled for July 7 2020, at 2:00 p.m., be vacated and continued to a date and time convenient to this court, but no event earlier than 30 days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. On June 23rd the Government provided the defense with numerous documents relating to victim restitution. The defense will need the additional time requested to review the new documents, consult with the defendant, and formulate any appropriate response.
2. PATTERSON is on pretrial release and does not oppose to the continuance.
3. The parties agree to the continuance.

4. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum which addresses the new restitution claims.

5. This is the first request for a continuance of the sentencing date in this case.

DATED this 26th day of June, 2020.

RESPECTFULLY SUBMITTED BY:

| */s/ Jessica Oliva* | */s/ Gabriel L. Grasso* |
|---|---|
| JESSICA OLIVA | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for PATTERSON |

*/s/ Brian J. Smith*
BRIAN J. SMITH
Attorney for PATTERSON

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for PATTERSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CODY PATTERSON, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:17-cr-00398-APG-EJY <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (FIRST REQUEST) |

**FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The defense will need additional time to review new sentencing documents, consult with the defendant, and formulate any appropriate response.
2. PATTERSON is on pretrial release and does not oppose to the continuance.
3. The parties agree to the continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defense herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance would result in a miscarriage of justice.

3

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for July 7, 2020, at 2:00 p.m., be vacated and continued to September 22, 2020, at the hour of 2:00 p.m. in Courtroom 6C.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 29, 2020